RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1/31/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **RANDY BLANCHARD** | **CIVIL ACTION NO. 04-1857** |
| VS. | **JUDGE RICHARD T. HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE METHVIN** |

*********************************************************************
**JUDGMENT**
*********************************************************************

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the Plaintiff, this Court concludes that the Findings and Recommendations of the Magistrate Judge are incorrect for the following reasons. First, the Commissioner's denial of disability benefits is not supported by substantial evidence in the record. *Carey v. Apfel*, 230 F.3d 131, 136 (5th Cir. 2000); *Anthony v. Sullivan*, 954 F.2d 289, 292 (5th Cir. 1992); *Greenspan v. Shalala*, 38 F.3d 232, 236 (5th Cir. 1994). Second, the Commissioner's decision does not comport with relevant legal standards. *Carey*, 230 F.3d at 136; *Anthony*, 954 F.2d at 292; *Greenspan*, 38 F.3d at 236.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and the cause is REMANDED solely for the calculation of benefits owed to Plaintiff as of June 19, 2001, the date Plaintiff filed his application for disability insurance benefits.

THUS DONE AND SIGNED in Lafayette, Louisiana, on the 30th day of January, 2006.

*[signature]*
CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA